Date: 05/13/2019     **Record Report**     Page: 1
Finley & Co., L.P.A.

| Field | Value |
|---|---|
| Record Type | E |
| Date | 05/17/2018 |
| Time | 04:21:00 PM |
| Duration | 0:00:00 |
| Status | U |
| Description | Ray forwards email to USACE requesting administrative record |
| Client ID | 10673.001 |
| Contact | Saikus/Ray |
| User ID | DGF |
| Sent/Received | R |
| To/From | Workace sbc <workace@sbcglobal.net> |
| Subject | RE: Executed Huletts MOA - Citizens Vision Request for Admin |
| Spoke With | N |
| Returned Call | N |
| Left Message | N |
| Voice Message | N |
| First Date | mm/dd/yyyy |
| Last Date | mm/dd/yyyy |
| First Time | hh:mm:ss AM |
| Last Time | hh:mm:ss AM |
| Date Time | |
| Research URL | |
| Research File | |
| To | Mark.W.Scalabrino@usace.army.mil |
| From | Workace sbc <workace@sbcglobal.net> |
| CC | merkel51@sbcglobal.net, jerrymann@jerrymann.com |
| BCC | |
| E-mail Body | Mark Scalabrino |
| | Chief, Ohio Application Evaluation Section U.S. Army Corps |
| | of Engineers, Buffalo District |
| | 1776 Niagara Street |
| | Buffalo, NY 14207 |
| | Office: 716-879-4327 |
| | Cell: 716-536-2566 |
| | |
| | Dear Mark: |
| | Under our role and rights as consulting parties, for |
| | the Committee To Save Cleveland's Huletts and us as |
| | individuals, we request a digital copy of the complete |
| | administrative record plus information outlined below in PDF |
| | format to be e-mailed to us and followed by that same record |
| | placed on a CD or DVD and sent to the address in my |
| | signature. |
| | If this request is not granted to be fulfilled as a |
| | consulting party request, then consider this to be a Freedom |
| | of Information Act Request (FOIA) to the USACE and any other |
| | agency that participated in this process. |
| | Besides the administrative record, if it is not part of the |
| | administrative record - this request is for the USACE to |
| | also include the following: |
| | (1) Original 1999 permit application and all communications, |

DGF     Monday 0

THE OHIO LEGAL BLANK CO., INC.
EXHIBIT A
CLEVELAND, OHIO 44102-1799

Case: 1:19-cv-01379-CAB Doc #: 1-1 Filed: 06/14/19 2 of 2. PageID #: 5

Date: 05/13/2019     **Record Report**     Page: 2
Finley & Co., L.P.A.

| Field | Value |
|---|---|
|  | both written and records of oral and telephone communications as well as all external and internal USACE meeting notes<br>(2) Subsequent to revocation due to court ruling, permit application and all communications, both written and records of oral and telephone communications as well as all external and internal USACE meeting notes<br><br>Time is of the essence.<br><br>Respectfully,<br><br>Ray Saikus, President<br>Citizens Vision<br>P.O. Box 32700<br>Cleveland, Ohio 44132-0700<br>Tel. (216) 514-7001<br>E-mail: rrs@citizensvision.org<br>www.citizensvision.org<br><br><br>-----Original Message-----<br>From: Scalabrino, Mark W CIV USARMY CELRB (US) <Mark.W.Scalabrino@usace.army.mil><br>Sent: Thursday, May 17, 2018 3:37 PM<br>To: Petit, Donald <DPetit@city.cleveland.oh.us>; mgelfand@seuclid.com; 'Elizabeth Merritt' <betsy_merritt@nthp.org>; 'jeddins@achp.gov' <jeddins@achp.gov>; 'mattzone@sbcglobal.net' <mattzone@sbcglobal.net>; 'Lisa Adkins' <ladkins@ohiohistory.org>; 'Michael Fleenor' <MFleenor@clevelandrestoration.org>; 'Stephen Merkel' <merkel51@sbcglobal.net>; 'workace@sbcglobal.net' <workace@sbcglobal.net>; 'dmusson@city.cleveland.oh.us' <dmusson@city.cleveland.oh.us>; Tim Donovan <tdonovan@canalwaypartners.com>; 'jerrymann@jerrymann.com' <jerrymann@jerrymann.com>; Linda Sternheimer <Linda.Sternheimer@portofcleveland.com>; William Friedman <William.Friedman@portofcleveland.com><br>Subject: Executed Huletts MOA<br><br>All,<br>I am sending you a copy of the fully executed Huletts MOA. With the Advisory Council on Historic Preservation's signature of the MOA, and this transmittal, the Section 106 National Historic Preservation Act |